JUNE 15, 1964.

No. 89. UNITED STEELWORKERS OF AMERICA, AFL–CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL., 376 U. S. 492. The motion of petitioners to retax costs is granted. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this motion. *Jerry D. Anker* for petitioners on the motion. *Kenneth C. McGuiness* for respondent Carrier Corporation in opposition.

No. 386. FEDERAL POWER COMMISSION *v.* TEXACO INC. ET AL., *ante,* p. 33. The motion of Texaco Inc. for an order perfecting proper venue on remand is denied. *Alfred C. DeCrane, Jr.* and *Paul F. Schlicher* for movant.

No. 585. McLAUGHLIN ET AL. *v.* FLORIDA. Appeal from the Supreme Court of Florida. (Probable jurisdiction noted, *ante,* p. 914.) The motion of appellants to remove the case from the summary calendar is granted. *Jack Greenberg* for movants.

No. 801. BROTHERHOOD OF RAILWAY & STEAMSHIP CLERKS, FREIGHT HANDLERS, EXPRESS & STATION EMPLOYES *v.* UNITED AIR LINES, INC. Certiorari, *ante,* p. 903, to the United States Court of Appeals for the Sixth Circuit. The motion of the respondent to require certification of additional parts of the record is granted. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this motion. *Stuart Bernstein* for movant.

No. 1441, Misc. IN RE OWENS ET AL. Motion for leave to file petition for writ of habeas corpus denied. *David N. Fields* for petitioners.